# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Byron , Paul G. | 2. Court or Organization<br><br>United States District Court Middle District of Florida | 3. Date of Report<br><br>05/24/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>401 West Central Boulevard Suite 4650, Orlando, Florida 32801 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/01/20 | Department of Justice Retirement Income | $9,588.00 |
| 2. 04/01/20 | OptCapital (deferred compensation) | $35,243.39 |
| 3. 07/20/20 | OptCapital (deferred compensation) | $39,388.60 |
| 4. 10/08/20 | OptCapital (deferred compensation) | $40,987.18 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Florida College Prepaid | C | Distribution | K | T | | | | | |
| 2.  ABA International All Cap Equity Fund | A | Dividend | | | Sold | 01/31/20 | L | | |
| 3.  ABA Large Cap Equity Fund | A | Dividend | | | Sold | 01/31/20 | L | | |
| 4.  ABA Stable Asset Return Fund | A | Dividend | | | Sold | 01/31/20 | K | | |
| 5.  USAA Savings and Loan Cash Account | B | Interest | M | T | | | | | |
| 6.  Iberia Bank Cash Account | B | Interest | O | T | | | | | |
| 7.  Penta Mezzanine SBIC Fund I, L.P- venture capital | E | Distribution | L | U | | | | | |
| 8.  AIG Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 9.  AI Life Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 10.  Allstate Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 11.  Liberty Life Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 12.  American General Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 13.  Genworth Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 14.  MetLife Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 15.  Hartford Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 16.  Allstate Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 17.  Aviva Life Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Mass Mutual Single Premium Immediate Annuity | A | Dividend | N | T | | | | | |
| 19. American General Single Premium Immediate Annuity | A | Dividend | M | T | | | | | |
| 20. American General Single Premium Immediate Annuity | A | Dividend | M | T | | | | | |
| 21. Transamerica Single Premium Immediate Annuity | A | Dividend | K | T | | | | | |
| 22. American General Single Premium Immediate Annuity | A | Dividend | K | T | | | | | |
| 23. Pacific Life Single Premium Immediate Annuity | A | Dividend | M | T | | | | | |
| 24. Genworth Single Premium Immediate Annuity | A | Dividend | L | T | | | | | |
| 25. Rydex-Emerging Markets 2x Strategy H | A | Dividend | | | Sold | 01/31/20 | J | | |
| 26. Rydex-Inverse Dow 2x Strategy H | A | Dividend | | | Sold | 01/31/20 | J | | |
| 27. Rydex-Inverse NASDAQ 100 2x Strategy H | A | Dividend | | | Sold | 01/31/20 | J | | |
| 28. Rydex-Inverse NASDAQ 100 Strat H | A | Dividend | | | Sold | 01/31/20 | J | | |
| 29. Rydex-Inverse S&P 500 2x Strategy H | A | Dividend | | | Sold | 01/31/20 | J | | |
| 30. Rydex-Precious Metals Adv | A | Dividend | | | Sold | 01/31/20 | J | | |
| 31. Rydex-US Govt Money Market | A | Dividend | | | Sold | 01/31/20 | L | | |
| 32. TCA-Money Market | A | Dividend | | | Sold | 01/31/20 | J | | |
| 33. Direxion-Monthly 7 10 Yr Treasury Bill 2x | A | Dividend | | | Sold | 01/31/20 | L | | |
| 34. Rydex-US Govt Money Market | A | Dividend | | | Sold | 01/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. TCA-Money Market | A | Dividend | | | Sold | 01/31/20 | K | | |
| 36. Rydex-Govt Long Bond 1.2x Strategy H | A | Dividend | | | Sold | 01/31/20 | L | | |
| 37. Rydex-Nasdaq 100 H | A | Dividend | | | Sold | 01/31/20 | L | | |
| 38. Rydex-US Govt Money Market | A | Dividend | | | Sold | 01/31/20 | K | | |
| 39. TCA-Money Market | A | Dividend | | | Sold | 01/31/20 | J | | |
| 40. PIMCO-High Yield Inst | A | Dividend | | | Sold | 01/31/20 | J | | |
| 41. PIMCO-Money Market Inst | A | Dividend | | | Sold | 01/31/20 | M | | |
| 42. ProFunds-US Gov Plus Inv | A | Dividend | | | Sold | 01/31/20 | L | | |
| 43. Rydex-High Yield Strategy H | A | Dividend | | | Sold | 01/31/20 | L | | |
| 44. TCA-Money Market | A | Dividend | | | Sold | 01/31/20 | L | | |
| 45. BRK.B | A | Dividend | | | Sold | 01/31/20 | K | | |
| 46. ITC | A | Dividend | | | Sold | 01/31/20 | K | | |
| 47. LOW | A | Dividend | | | Sold | 01/31/20 | J | | |
| 48. PM | A | Dividend | | | Sold | 01/31/20 | J | | |
| 49. V | A | Dividend | | | Sold | 01/31/20 | J | | |
| 50. WFC | A | Dividend | | | Sold | 01/31/20 | J | | |
| 51. FDRXX | A | Dividend | | | Sold | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  UL | A | Dividend | | | Sold | 01/31/20 | J | | |
| 53.  HCP | A | Dividend | | | Sold | 01/31/20 | J | | |
| 54.  XO | A | Dividend | | | Sold | 01/31/20 | J | | |
| 55.  NVS | A | Dividend | | | Sold | 01/31/20 | J | | |
| 56.  SE | A | Dividend | | | Sold | 01/31/20 | J | | |
| 57.  UNP | A | Dividend | | | Sold | 01/31/20 | J | | |
| 58.  JNJ | A | Dividend | | | Sold | 01/31/20 | J | | |
| 59.  GD | A | Dividend | | | Sold | 01/31/20 | J | | |
| 60.  ENB | A | Dividend | | | Sold | 01/31/20 | J | | |
| 61.  AXP | A | Dividend | | | Sold | 01/31/20 | J | | |
| 62.  PEP | A | Dividend | | | Sold | 01/31/20 | J | | |
| 63.  ALC | B | Dividend | | | Sold | 01/31/20 | J | | |
| 64.  AXP | B | Dividend | | | Sold | 01/31/20 | J | | |
| 65.  ABC | A | Dividend | | | Sold | 01/31/20 | J | | |
| 66.  AMGN | B | Dividend | | | Sold | 01/31/20 | J | | |
| 67.  BK | A | Dividend | | | Sold | 01/31/20 | J | | |
| 68.  BRK B | D | Dividend | | | Sold | 01/31/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ENB | B | Dividend | | | Sold | 01/31/20 | J | | |
| 70. GD | B | Dividend | | | Sold | 01/31/20 | J | | |
| 71. GE | A | Dividend | | | Sold | 01/31/20 | J | | |
| 72. LOW | D | Dividend | | | Sold | 01/31/20 | K | | |
| 73. MCK | A | Dividend | | | Sold | 01/31/20 | J | | |
| 74. NVS | A | Dividend | | | Sold | 01/31/20 | J | | |
| 75. ORCL | C | Dividend | | | Sold | 01/31/20 | J | | |
| 76. SNY | B | Dividend | | | Sold | 01/31/20 | J | | |
| 77. UL | C | Dividend | | | Sold | 01/31/20 | J | | |
| 78. UNP | B | Dividend | | | Sold | 01/31/20 | J | | |
| 79. UTX | B | Dividend | | | Sold | 01/31/20 | J | | |
| 80. V | E | Dividend | | | Sold | 01/31/20 | K | | |
| 81. QFIN | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 82. ASO | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 83. AES | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 84. AQN | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 85. APT | A | Dividend | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  AMCX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 87.  AMX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 88.  AMT | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 89.  ABC | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 90.  AY | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 91.  BXP | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 92.  BKE | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 93.  BG | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 94.  WHD | D | Dividend | J | T | Buy | 01/31/20 | J | | |
| 95.  CANG | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 96.  CPRX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 97.  CE | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 98.  CI | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 99.  CWEN | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 100.  CMS | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 101.  CCI | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 102.  DLX | A | Dividend | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  DKS | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 104.  DTE | C | Dividend | J | T | Buy | 01/31/20 | J | | |
| 105.  DRE | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 106.  EA | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 107.  EQIX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 108.  EVR | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 109.  FKWL | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 110.  HSII | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 111.  HOLX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 112.  HPQ | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 113.  INTC | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 114.  IPG | D | Dividend | K | T | Buy | 01/31/20 | K | | |
| 115.  IBM | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 116.  LAMR | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 117.  LAZ | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 118.  LFVN | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 119.  LPLA | D | Dividend | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. MNDO | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 121. MSGN | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 122. NATH | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 123. SNR | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 124. NEE | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 125. NRG | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 126. PGRE | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 127. PRDO | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 128. PBH | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 129. ASHR | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 130. HYLS | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 131. FNX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 132. FTXO | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 133. FIXD | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 134. FVD | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 135. FTCS | C | Dividend | J | T | Buy | 01/31/20 | J | | |
| 136. FXD | A | Dividend | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | | B | | | C | | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | | Income during reporting period | | | Gross value at end of reporting period | | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | FDT | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 138. | FDN | B | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 139. | FEM | B | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 140. | FEP | C | Dividend | | K | T | | Buy | 01/31/20 | K | | |
| 141. | FXR | C | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 142. | FPXI | B | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 143. | FTC | D | Dividend | | K | T | | Buy | 01/31/20 | K | | |
| 144. | LMBS | A | Dividend | | K | T | | Buy | 01/31/20 | K | | |
| 145. | FTA | D | Dividend | | K | T | | Buy | 01/31/20 | K | | |
| 146. | QTEC | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 147. | RDVY | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 148. | FTSL | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 149. | FTSM | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 150. | PGX | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 151. | IEI | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |
| 152. | USIG | A | Dividend | | K | T | | Buy | 01/31/20 | K | | |
| 153. | FXI | A | Dividend | | J | T | | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  CMBS | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 155.  HYG | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 156.  EWJ | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 157.  MBB | A | Dividend | K | T | Buy | 01/31/20 | K | | |
| 158.  ACWX | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 159.  EWA | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 160.  EWO | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 161.  EWK | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 162.  EWZ | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 163.  EWC | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 164.  ECH | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 165.  EWQ | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 166.  EWH | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 167.  INDA | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 168.  EIS | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 169.  EWI | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 170.  EWM | A | Dividend | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Byron , Paul G. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  EWS | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 172.  EZA | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 173.  EWY | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 174.  EWP | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 175.  EWD | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 176.  EWL | A | Dividend | J | T | Buy | 01/31/20 | J | | |
| 177.  EWT | B | Dividend | J | T | Buy | 01/31/20 | J | | |
| 178.  JPMORGAN CHASE CD | A | Int./Div. | K | T | Buy | 01/31/20 | K | | |
| 179.  ETILX | A | Int./Div. | J | T | Buy | 01/31/20 | J | | |
| 180.  ETIHX | A | Int./Div. | J | T | Buy | 01/31/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Byron , Paul G.** | 05/24/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul G. Byron**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544